Proctor H. DOUGHERTY, Sidney Taliaferro, and J. Franklin Bell, Commissioners of the District of Columbia, Appellants, v. UNITED STATES of America ex rel. Hugh McDERMOTT, Appellee.

Court of Appeals of the District of Columbia. Submitted November 7, 1928. Decided January 7, 1929.

No. 4810.

Wm. W. Bride and F. H. Stephens, both of Washington, D. C., for appellants.

W. Gynn Gardiner and South Trimble, Jr., both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. This is an appeal from a judgment in the Supreme Court of the District in a mandamus proceeding growing out of substantially the same facts and involving the same questions that were involved in the case just decided. 58 App. D. C. 308, 30 F.(2d) 471.

For the reasons stated in that opinion, the judgment in this case is affirmed, with costs.

Affirmed.